In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-397 CV


____________________



VIOLET E. WHEELING, Appellant



V.



HUDSON & KEYSE, L.L.C., Appellee






On Appeal from the County Court at Law


Liberty County, Texas


Trial Cause No. CAL-09489






MEMORANDUM OPINION



 The appellant, Violet E. Wheeling, filed a request to dismiss this appeal. The motion
is voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED.



 ______________________________

 STEVE McKEITHEN

 Chief Justice

 

Opinion Delivered November 8, 2007

Before McKeithen, C.J., Gaultney and Horton, JJ.